**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jose Mejia Cruz,

             Petitioner

    v.

Todd Blanche, et al.,

             Respondents

Case No. 2:26-cv-02486-ART-BNW

**Order**

[ECF No.1-1]

Petitioner Jose Mejia Cruz, an immigration detainee, who is challenging the lawfulness of his federal detention at Nevada Southern Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241 and an application to proceed *in forma pauperis*. ECF Nos. 1, 1-1.

Mejia Cruz has filed another federal habeas case on by filing a counseled § 2241 petition challenging his immigration detention. *See Mejia Cruz v. Henkey*, Case No. 2:26-cv-02047-CDS-EJY. That case is currently ongoing, and the petition became fully briefed on August 3, 2026.

The Court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Mejia Cruz wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-02047-CDS-EJY.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of the Court is directed to enter final judgment accordingly and close this case.

Dated: August 13, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE